# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| FELIX BERTRAND, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-0795 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| ROADWAY EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Roadway Express, Inc., (Docket No. 24), is **GRANTED**. This case is **DISMISSED**.

It is so ordered.

Enter this 24th day of July 2007.

_____
ALETA A. TRAUGER
United States District Judge